IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE,

      Plaintiff,                        No. 2:11-cv-1506 KJN P

      vs.

MISTY MILLS, et al.,

      Defendants.                ORDER

_____/

      Plaintiff, a state prisoner proceeding without counsel and in forma pauperis, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On July 8, 2011, plaintiff filed an amended complaint, alleging violations of his civil rights by defendants.  The alleged violations set forth in the amended complaint took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern

1

1 | District of California sitting in Fresno; and

2 |     2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dupr1506.22